**Order filed November 27, 2013.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-11-00661-CV**
**NO. 14-11-00662-CV**
_____

**ASHMITA UNNI PRAKASH, Appellant**

**V.**

**ASHISH AND APARNA KAMAT, Appellees**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-28312**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect **Defendant's exhibits 17a and 18.**

The clerk of the 215th District Court is directed to deliver to the Clerk of this court Defendant's exhibits 17a and 18, on or before **December 12, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe these exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return Defendant's exhibits 17a and 18, to the clerk of the 215th District Court.

PER CURIAM